### I/O CONCEPTS, INC., Plaintiff–Appellee,

v.

### R. Brent JOHNSON, Interface Design Group, Inc., and Secureagent.com, Inc. (formerly known as Global Interface Solutions, Inc.), Defendants–Appellants.

#### No. 01–1410.

United States Court of Appeals, Federal Circuit.

March 13, 2002.

Rehearing and Rehearing En Banc April 23, 2002.

Before RADER, SCHALL, and DYK, Circuit Judges.

#### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.